UNITED STATES of America

v.

**Eric Lamont LUCAS, Appellant.**

No. 11–2398.

United States Court of Appeals,
Third Circuit.

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and
I.O.P. 10.6 Dec. 30, 2011.

Opinion filed: Jan. 31, 2012.

Todd K. Hinkley, Esq., Office of United
States Attorney, Scranton, PA, for United
States of America.

Eric Lamont Lucas, Allenwood USP,
pro se.

Before: RENDELL, HARDIMAN and
ROTH, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM.

Eric Lamont Lucas, a federal prisoner,
appeals the District Court's denial of his
motion to issue a non-binding recommen-
dation to the Bureau of Prisons (BOP).
We will summarily affirm.

Under 18 U.S.C. § 3582(c)(1)(A), a court
may modify a term of imprisonment "upon
motion of the Director of the Bureau of
Prisons." Cognizant that the District
Court could not act to modify his sentence
sua sponte,[1] Lucas instead asked the Dis-
trict Court to "recommend that the Di-
rector of the [BOP] file a motion to grant
this defendant the modification of his sen-
tence which he seeks." After weighing the
considerations advanced by Lucas, the
District Court declined to grant a recom-
mendation and denied the motion.[2] He

---

1. *See United States v. Smartt,* 129 F.3d 539,
540–41 (10th Cir.1997) (observing that a
court may not modify a term of imprisonment
except under certain limited circumstances,
including "upon motion of the Director of the
Bureau of Prisons"); *see also United States v.
Lawrence,* 535 F.3d 631, 637 (7th Cir.2008)
("Generally, district courts lack subject mat-
ter jurisdiction to revisit sentences already
imposed upon defendants.").

2. The parties and the District Court pointed to
*United States v. Fountain,* No. CRIM. A. 91–
63–16, 1993 WL 534219, at *1 (E.D.Pa.
Dec.17, 1993), as a case in which the District
Court "recommend[ed] appropriate action to
the Director of the Bureau of Prisons to modi-
fy Defendant's sentence as requested," al-
though in so doing the Court acknowledged
its inability to grant a § 3582 motion sua
sponte.

appealed, and the Government moves for summary action.

We have jurisdiction under 28 U.S.C. § 1291. To the extent that our review is for abuse of discretion, we note that no statute or rule limits the District Court's discretion in issuing a non-binding recommendation—nor, for that matter, is such an action even explicitly authorized by statute. Thus, as the District Court appeared to weigh the factors suggested and found them wanting, we cannot conclude that it abused its discretion.

Accordingly, as no substantial question is raised in this appeal, we will grant the Government's motion and summarily affirm the District Court's judgment. *Murray v. Bledsoe,* 650 F.3d 246, 248 (3d Cir. 2011) (per curiam); see also 3d Cir. L.A.R. 27.4; I.O.P. 10.6.